**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

JESUS VARGAS JR.,

Plaintiff,

v.

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.

Case No. 1:26-cv-6568 JLT EGC

ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT

(Doc. 10)

Jesus Vargas Jr., and Frank Bisignano, Commissioner of Social Security, stipulated to a voluntary remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 10.) Pursuant to the stipulation, an administrative law judge shall offer Plaintiff the opportunity for a hearing, "re-evaluate the evidence of record", and issue a new decision. (*Id.* at 1.) Further, the parties agree that the Court shall enter judgment in favor of Plaintiff and against the Commissioner. (*Id.* at 1-2.)

Based upon the terms of the stipulation, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

///

///

2. The Clerk of Court is directed to enter judgment in favor of Jesus Vargas Jr. and against Defendant Frank Bisignano, Commissioner of Social Security, and to close this case.

IT IS SO ORDERED.

Dated: _September 18, 2026_

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE